THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMILA MURRAY, Appellant. [948 NYS2d 565]

The defendant has not established her entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Eng, Austin and Sgroi, JJ., concur.